**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CHARLES PARKER, | : No. 2 EAP 2020 |
| | : |
| Appellant | : Appeal from the Order of |
| | : Commonwealth Court dated |
| | : September 16, 2019 exited on |
| v. | : September 17, 2019 at No. 252 MD |
| | : 2017. |
| | : |
| D.O.C. et al., | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                       **DECIDED:  August 18, 2020**

    **AND NOW,** this 18th day of August, 2020, the order of the Commonwealth Court
is **AFFIRMED**.